PROB 12C
(6/16)

Report Date:  September 17, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 21, 2020

SEAN F. McAVOY, CLERK

Name of Offender: Onaje Mustafa Pree          Case Number: 0980 2:20CR00050-SAB-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas J. Whelan, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley Bastian, Chief U.S. District Judge

Date of Original Sentence: August 24, 2015

| | | |
|---|---|---|
| Original Offense: | Attempted Bank Robbery, 18 U.S.C. § 2113(a) | |
| Original Sentence: | Prison - 63 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: October 17, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 16, 2022 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the Court or probation officer.<br><br>**Supporting Evidence**: On or about August 24, 2020, it is alleged that Mr. Pree violated standard condition number 1, by traveling to the state of California without the permission of the undersigned officer.<br><br>On October 21, 2019, the conditions of supervised release were reviewed with Mr. Pree by an officer in the U.S. Probation Office.  He signed his judgment acknowledging an understanding of his conditions of supervision.<br><br>On August 24, 2020, the undersigned officer contacted Mr. Pree by telephone to confront him on failing to appear for a random urinalysis test.  Mr. Pree admitted to traveling to California  without permission, after having a fight with his wife.  He was directed to return to Spokane, Washington, immediately which he agreed to do.  As of this date, multiple attempts made by this officer to get in contact with the offender have been unsuccessful, and messages have gone unanswered.  Contacts with collateral sources advised they have also attempted contact with Mr. Pree, without success. A family source indicated Mr. Pree's last |

Prob12C
**Re: Pree, Onaje Mustafa**
**September 17, 2020**
**Page 2**

known location was in San Diego, California. Mr. Pree's whereabouts are unknown, and it appears he has absconded from supervision.

2    **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Since August 24, 2020, it is alleged Mr. Pree has violated standard condition number 6, by failing to inform the undersigned officer of his current whereabouts or his current living situation.

On October 21, 2019, the conditions of supervised release were reviewed with Mr. Pree by an officer in the U.S. Probation Office. He signed his judgment acknowledging an understanding of his conditions of supervision.

In reference to violation number 1, Mr. Pree disclosed he had an argument with his wife, left his approved address and traveled to California without permission from this officer. Mr. Pree has failed to inform the undersigned officer of his current whereabouts or where he is residing.

3    **Mandatory Condition #3:** The defendant shall not illegally posses a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the Court. Testing requirements will not exceed submission of more than 8 drug tests per month during the term of supervision, unless otherwise ordered by the Court.

**Supporting Evidence**: It is alleged that Mr. Pree violated his conditions of supervised release by failing to submit to urinalysis testing at Pioneer Human Services on August 21, 2020.

On October 21, 2019, the conditions of supervised release were reviewed with Mr. Pree by an officer in the U.S. Probation Office. He signed his judgment acknowledging an understanding of his conditions of supervision.

On August 21, 2020, the color of the day for urinalysis testing at Pioneer Human Services was green, Mr. Pree's assigned color for urinalysis testing. On August 24, 2020, the undersigned officer was notified by staff at Pioneer Human Services that Mr. Pree failed to appear for urinalysis testing, as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

**Prob12C**
**Re: Pree, Onaje Mustafa**
**September 17, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/17/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[  ]  No Action
[X]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[  ]  Other

Signature of Judicial Officer

9/21/2020

Date