PROB 12C
(6/16)

Report Date: March 2, 2022

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2022

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Onaje Mustafa Pree    Case Number: 0980 2:20CR00050-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Thomas J. Whelan, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley Bastian, Chief U.S. District Judge

Date of Original Sentence: August 24, 2015

| | | |
|---|---|---|
| Original Offense: | Attempted Bank Robbery, 18 U.S.C. § 2113(a) | |
| Original Sentence: | Prison - 63 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence (February 8, 2021) | Prison - 5 months; TSR - 31 months | |
| Asst. U.S. Attorney | Michael James Austen Ellis | Date Supervision Commenced: March 11, 2021 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: October 10, 2023 |

---

**PETITIONING THE COURT**

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/21/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |
| | **Supporting Evidence**: It is alleged that Mr. Pree violated his conditions of supervised release by leaving the Eastern District of Washington on or before March 1, 2022, without the authorization of the undersigned officer. |
| | On April 6, 2021, the conditions of supervision were reviewed with Mr. Pree. He signed his judgment acknowledging an understanding of his conditions of supervision, to include standard condition number 3. |
| | On March 1, 2022, the undersigned officer learned that Mr. Pree was arrested on his outstanding probation warrant at a residence in Fairfield, California. Mr. Pree was not given permission to travel outside the Eastern District of Washington. |

Prob12C
**Re: Pree, Onaje Mustafa**
**March 2, 2022**
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  March 2, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

### THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/14/2022

Date