PROB 12C
(6/16)

Report Date: November 2, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 02, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Onaje Mustafa Pree | Case Number: 0980 2:20CR00050-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮ Antioch, California 94509 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 24, 2015

| | | |
|---|---|---|
| Original Offense: | Attempted Bank Robbery, 18 U.S.C. § 2113(a) | |
| Original Sentence: | Prison - 63 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (February 8, 2021) | Prison - 5 Months; TSR - 31 Months | |
| Revocation Sentence: (April 7, 2022) | Prison - 4 Months; TSR - 27 Months | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: June 30, 2022 |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expires: September 29, 2024 |

## PETITIONING THE COURT

**To issue a WARRANT**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: Mr. Pree is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about September 25, 2022, based on the client's admission of such use. |
| | As the Court may recall, on June 24, 2022, the Northern District of California approved Mr. Pree to reside with his girlfriend within their district, and specifically in Antioch, California. Mr. Onaje Pree subsequently began his current term of supervision in the Northern District of California on June 30, 2022. |

**Re: Pree, Onaje Mustafa**
**November 2, 2022**
**Page 2**

On October 25, 2022, the U.S. Probation Office in Spokane was made aware as to allegations of ongoing non-compliance with regard to Mr. Pree's current term of supervised release. On October 28, 2022, a summary of the client's current term of supervised release, and recent alleged violation conduct was received by the undersigned officer.

Specifically, on September 28, 2022, the officer indicates in her report having conducted a home visit with the client at his residence where he resides with his girlfriend. During the home contact the officer observed that Mr. Pree was "not in a good state" and identified sores as being present all over his face and arms. The officer further described Mr. Pree as being "mentally unstable" and indicated that he had a white substance over his face and in his hair. Mr. Pree admitted to the officer that he was struggling and admitted to having ingested methamphetamine only a few days prior to the visit.

2   **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

3   **Special Condition # 8**: You must participate in a program of testing and treatment for drug abuse at a residential drug treatment facility or a sober living center, as directed by the probation officer for up to 180 days, until such time as you are released from treatment by the probation officer. You are to pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of urinalysis and counseling. The actual co payment schedule shall be determined by the probation officer.

**Supporting Evidence**: Mr. Pree is alleged to have violated standard condition number 13 and special condition number 8 by failing to report to a sober living center as directed by his supervising officer on August 30, 2022.

As the Court may recall, On June 24, 2022, the Northern District of California approved Mr. Pree to reside with his girlfriend within their district, and specifically in Antioch, California. Mr. Onaje Pree subsequently began his current term of supervision in the Northern District of California on June 30, 2022.

On October 25, 2022, the U.S. Probation Office in Spokane was made aware as to allegations of ongoing non-compliance with regard to Mr. Pree's current term of supervised release. On October 28, 2022, a summary of the client's current term of supervised release, and recent alleged violation conduct was received by the undersigned officer.

Specifically, the officer indicates in her report that on July 26, 2022, she referred Mr. Pree to a drug treatment and sober living environment called Options. On August 11, 2022, Mr. Pree advised his assigned officer that he contacted the facility and was waiting for a bed to become available. On August 25, 2022, the officer verified with the provider that Mr. Pree had missed his appointment to enroll in services and subsequently receive placement. Mr. Pree was contacted by the officer who indicated that he had not received a call back to verify his appointment time, so he therefore did not report to the facility.

On August 29, 2022, Mr. Pree was advised as to an open bed within the program during his report there to become engaged in outpatient drug treatment services. Mr. Pree instead departed the facility stating that he was not prepared to stay and had no clothes. On August 30, 2022, Mr. Pree was directed by his assigned officer to return to the facility to become engaged in the sober living environment. Mr. Pree reported back to the facility but was

Re: Pree, Onaje Mustafa
November 2, 2022
Page 3

denied entry due to not having in his possession his prescribed medication. Mr. Pree was directed to acquire the medication and to return to the facility. The assigned officer further directed Mr. Pree to make an appointment with a medical provider to receive updated prescriptions.

On September 28, 2022, Mr. Pree was contacted at his residence by the officer and observed to be in a poor state of health with numerous sores present on his body and with a white substance observed on his face and in his hair. Mr. Pree admitted to recent illicit drug use and advised the officer that he was struggling. Mr. Pree indicated that he was not engaged in outpatient treatment as it was not convenient for him to go every day. He additionally indicated that he had not become engaged in the sober living environment as directed, as he had been unable to secure needed medication and as he needed to care for his girlfriend.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 2, 2022

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

11/2/2022
Date